UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUNCTIONAL GOVERNMENT INITIATIVE,<br><br>        Plaintiff,<br><br>    v.<br><br>OFFICE OF MANAGEMENT AND BUDGET,<br><br>        Defendant. | Civil Action No. 24-2572 (RC) |

**JOINT STATUS REPORT**

Pursuant to the Court's October 30, 2024, Minute Order, Defendant Office of Management and Budget ("OMB") and Plaintiff Functional Government Initiative ("FGI") submit this joint status report in this Freedom of Information Act ("FOIA") case.

The parties report that they are in discussions regarding ways to narrow the scope of FGI's FOIA request. Considering the parties' ongoing discussions concerning OMB's search for responsive records, the parties agree that it is premature to set a production schedule or briefing on a dispositive motion. To permit the parties time to continue their discussions in an attempt to resolve any of their differences without burdening the Court, the parties respectfully request that the Court order them to file another joint status report by January 16, 2025.

\*   \*   \*

| | |
|---|---|
| Dated: November 13, 2024<br>Washington, DC | Respectfully submitted,<br><br>MATTHEW M. GRAVES, D.C. Bar #481052<br>United States Attorney |
|   */s/ Jeremiah L. Morgan*<br>Jeremiah L. Morgan<br>(D.C. Bar No. 1012943)<br>William J. Olson<br>(D.C. Bar No. 233833)<br>William J. Olson, P.C.<br>370 Maple Avenue West, Suite 4<br>Vienna, VA 22180-5615<br>703-356-5070<br>jmorgan@lawandfreedom.com<br><br>*Counsel for Plaintiff* | BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By:      /s/ *Dimitar P. Georgiev*<br>    DIMITAR P. GEORGIEV, D.C. Bar #1735756<br>    Assistant United States Attorney<br>    601 D Street, NW<br>    Washington, DC 20530<br>    (202) 815-8654<br><br>*Attorneys for the United States of America* |