UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUNCTIONAL GOVERNMENT INITIATIVE,<br><br>      Plaintiff,<br><br>      v.<br><br>OFFICE OF MANAGEMENT AND BUDGET,<br><br>      Defendant. | Civil Action No. 24-2572 (RC) |

### JOINT STATUS REPORT

Pursuant to the Court's January 16, 2025, Minute Order, Defendant Office of Management and Budget ("OMB") and Plaintiff Functional Government Initiative ("FGI") submit this joint status report in this Freedom of Information Act ("FOIA") case.

OMB's search for responsive documents identified about 13,000 records potentially responsive to FGI's FOIA request. Following an initial responsiveness review, OMB narrowed the number of potentially documents to about 6,000. Of those 6,000 documents, about 2,000 are parent emails. To speed up the processing of FGI's FOIA request, OMB will review those 2,000 parent emails at a rate of 500 pages per month and make monthly interim releases to FGI until OMB completes processing the parent emails, beginning May 1, 2025. FGI reserves the option to identify attachments FGI wishes OMB to process.

At the conclusion of OMB's processing of records, the parties will confer regarding any remaining issues in a good faith attempt to resolve those issues without further burdening the Court. The parties respectfully request that the Court permit them to file another joint status report by July 16, 2025.

| | |
|---|---|
| Dated: April 16, 2025<br>Washington, DC | Respectfully submitted,<br><br>EDWARD R. MARTIN, JR., D.C. Bar #481866<br>United States Attorney |
| */s/ Jeremiah L. Morgan*<br>Jeremiah L. Morgan<br>(D.C. Bar No. 1012943)<br>William J. Olson<br>(D.C. Bar No. 233833)<br>William J. Olson, P.C.<br>370 Maple Avenue West, Suite 4<br>Vienna, VA 22180-5615<br>703-356-5070<br>jmorgan@lawandfreedom.com<br><br>*Counsel for Plaintiff* | By:   /s/ *Dimitar P. Georgiev*<br>DIMITAR P. GEORGIEV, D.C. Bar #1735756<br>Assistant United States Attorney<br>601 D Street, NW<br>Washington, DC 20530<br>(202) 815-8654<br><br>*Attorneys for the United States of America* |

- 2 -