UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUNCTIONAL GOVERNMENT INITIATIVE,<br><br>              Plaintiff,<br><br>       v.<br><br>OFFICE OF MANAGEMENT AND BUDGET,<br><br>              Defendant. | Civil Action No. 24-2572 (RC) |

## JOINT STATUS REPORT

Pursuant to the Court's July 17, 2025, Minute Order, Defendant Office of Management and Budget ("OMB") and Plaintiff Functional Government Initiative ("FGI") submit this joint status report in this Freedom of Information Act ("FOIA") case.

OMB's search for responsive documents identified about 13,000 records potentially responsive to FGI's FOIA request. Following an initial responsiveness review, OMB narrowed the number of potentially documents to about 6,000. Of those 6,000 documents, about 2,000 are parent emails. OMB has been reviewing those 2,000 parent emails at a rate of 500 pages per month and has made six monthly releases to FGI to date. OMB will continue reviewing and processing the parent emails through completion. Because of the lapse in appropriations, OMB's next rolling production will occur on or before January 5, 2026.

At the conclusion of OMB's processing of records, the parties will confer regarding any remaining issues in a good faith attempt to resolve those issues without further burdening the Court. FGI reserves the option to identify attachments FGI wishes OMB to process. Accordingly,

- 2 -

the parties respectfully request that the Court permit them to file another joint status report by March 8, 2026.

| | |
|---|---|
| Dated: December 8, 2025<br>Washington, DC | Respectfully submitted,<br><br>JEANINE FERRIS PIRRO<br>United States Attorney |
| */s/ Jeremiah L. Morgan*_____<br>Jeremiah L. Morgan<br>(D.C. Bar No. 1012943)<br>William J. Olson<br>(D.C. Bar No. 233833)<br>William J. Olson, P.C.<br>370 Maple Avenue West, Suite 4<br>Vienna, VA 22180-5615<br>703-356-5070<br>jmorgan@lawandfreedom.com<br><br>*Counsel for Plaintiff* | By: _____/s/ *Dimitar P. Georgiev*_____<br>DIMITAR P. GEORGIEV, D.C. Bar #1735756<br>Assistant United States Attorney<br>601 D Street, NW<br>Washington, DC 20530<br>(202) 815-8654<br><br>*Attorneys for the United States of America* |