UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUNCTIONAL GOVERNMENT INITIATIVE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>OFFICE OF MANAGEMENT AND BUDGET,<br><br>　　　　　Defendant. | Civil Action No. 24-2572 (RC) |

## JOINT STATUS REPORT

Pursuant to the Court's May 6, 2026, Minute Order, Defendant Office of Management and Budget ("OMB") and Plaintiff Functional Government Initiative ("FGI") submit this joint status report in this Freedom of Information Act ("FOIA") case.

As previously reported, OMB finished processing FGI's FOIA request.  *See* Jt. Status Report (ECF No. 12).  FGI now reports that FGI does not intend to challenge any of the withholdings or the sufficiency of the search.  FGI further reports that the only remaining issue is that of attorney's fees and that FGI is preparing a fee demand.

The parties will confer regarding FGI's fee demand in an attempt to resolve their differences, if any, without further burdening the Court.  Accordingly, the parties respectfully request that the Court permit them to file another joint status report by August 13, 2026.

\*　　　\*　　　\*

Dated: June 11, 2026
       Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

  */s/ Jeremiah L. Morgan*
Jeremiah L. Morgan
(D.C. Bar No. 1012943)
William J. Olson
(D.C. Bar No. 233833)
William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
703-356-5070
jmorgan@lawandfreedom.com

By:        */s/ Dimitar P. Georgiev*
    DIMITAR P. GEORGIEV, D.C. Bar #1735756
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 815-8654

*Attorneys for the United States of America*

*Counsel for Plaintiff*

- 2 -