UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FUNCTIONAL GOVERNMENT INITIATIVE,

Plaintiff,

v.

OFFICE OF MANAGEMENT AND BUDGET,

Defendant.

Civil Action No. 24-2572 (RC)

**JOINT STATUS REPORT**

Pursuant to the Court's June 11, 2026, Minute Order, Defendant Office of Management and Budget ("OMB") and Plaintiff Functional Government Initiative ("FGI") submit this joint status report in this Freedom of Information Act ("FOIA") case.

The parties previously reported that (1) OMB finished processing FGI's FOIA request, (2) FGI does not intend to challenge any of the withholdings or the sufficiency of the search, and (3) the only remaining issue is that of attorney's fees and that FGI was preparing a fee demand. *See* Jt. Status Rep. (Dkt. 13). The parties now report that three days ago on August 10, 2026, FGI presented to OMB a fee demand. OMB reports that it needs time to review the demand and prepare a response. The parties will confer regarding FGI's fee demand in an attempt to resolve their differences, if any, without further burdening the Court.

Accordingly, the parties respectfully request that the Court permit them to file another joint status report by October 14, 2026, unless prior to that, the parties file a joint stipulation of dismissal pursuant to Rule 41.

Dated: August 12, 2026
Washington, DC

*/s/ Jeremiah L. Morgan*

Jeremiah L. Morgan
(D.C. Bar No. 1012943)
William J. Olson
(D.C. Bar No. 233833)
William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
703-356-5070
jmorgan@lawandfreedom.com

*Counsel for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ *Dimitar P. Georgiev*

DIMITAR P. GEORGIEV, D.C. Bar #1735756
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252 – 7678

*Attorneys for the United States of America*